Legler Plating Works, Inc

**Case No. 02-11093 WWB**
**Reporting Period:** Mar. 1 to March 31, 2003

## MONTHLY OPERATING REPORT
**File with Court and submit copy to United States Trustee within 20 days after end of month**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Statement of Operations | MOR-2 | X | |
| | MOR-3 | X | |
| Sta | | X | |
| Copies of IRS Form 6123 or payment receipt | | X | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____        _____
                                        Date


_____        _____
Signature of Joint Debtor               Date

_____        April 17, 2003
Signature of Authorized Individual*     Date

 William P. Legler                       President
_____        _____
Printed Name of Authorized Individual   Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR
(9/99)

Legler Plating Works, Inc.
Cash Reconciliation

First National Bank of Pennsylvania                                              March 31, 2003
Operating Checking Account
Acct.# 95001398

Cash Balance Per Bank                                              $      2,714.41

Deposits in Transit

|                      | Date     | Ck No.  | Amount   |          |
|----------------------|----------|---------|----------|----------|
| Outstanding Checks   | 6/5/02   | 1024 $  | 250.00   |          |
|                      | 12/27/02 | 1676    | 154.04   |          |
|                      | 12/27/02 | 1686    | 25.00    |          |
|                      | 1/22/03  | 1726    | 100.00   |          |
|                      | 3/21/03  | 1902    | 36.25    |          |
|                      | 3/28/03  | 1920    | 27.86    |          |
|                      | 3/28/03  | 1923    | 38.65    |          |
|                      | 3/28/03  | 1925    | 45.00    |          |
|                      | 3/28/03  | 1926    | 5.00     |          |
|                      | 3/28/03  | 1927    | 21.25    |          |
|                      | 3/28/03  | 1928    | 122.80   |          |
|                      | 3/31/03  | 1929    | 65.44    |          |
|                      | 3/31/03  | 1930    | 1,362.11 |          |
|                      |          |         |          | 2,253.40 |

Reconciled Balance                                              $        461.01

Legler Plating Works, Inc.

Cash Reconciliation

First National Bank of Pennsylvania                                                        March 31, 2003
Tax Account
Acct.# 95001399

Cash Balance Per Bank                                                   $        46.38

Deposits in Transit

|  | Date | Ck No. | Amount |
|---|---|---|---|
| Outstanding Checks | | | |

Reconciled Balance                                                      $        46.38



**First National Bank**

MEMBER FDIC

LEGLER PLATING WORKS INC
DIP 02-11093
P O BOX 6364
ERIE PA  16512

29-2
19
90

============================        ========================================
FIRST NATIONAL BANK                 TELEPHONE:800-555-5455
4140 E STATE ST
HERMITAGE, PA  16148

=========================================
BUSINESS CHECKING ACCOUNT 95001398
=========================================

| | | LAST STATEMENT 02/28/03 | 179.57 |
|---|---|---|---|
| MINIMUM BALANCE | 197.77- | 20 CREDITS | 30,622.75 |
| AVERAGE BALANCE | 2,063.01 | 92 DEBITS | 28,087.91 |
| | | THIS STATEMENT 03/31/03 | 2,714.41 |

- - - - - - - - - DEPOSITS - - - - - - - - -

| REF #.. | DATE.. | AMOUNT | REF #.. | DATE.. | AMOUNT | REF #.. | DATE.. | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 03/03 | 1,002.69 | | 03/07 | 2,627.58 | | 03/18 | 500.00 |
| | 03/04 | 800.00 | | 03/10 | 1,343.40 | | 03/20 | 647.00 |
| | 03/04 | 3,585.20 | | 03/11 | 1,521.59 | | 03/21 | 2,774.50 |
| | 03/05 | 694.38 | | 03/12 | 860.00 | | 03/24 | 1,384.24 |
| | 03/06 | 85.00 | | 03/14 | 5,747.95 | | 03/28 | 1,885.00 |
| | 03/07 | 534.50 | | 03/17 | 1,864.08 | | 03/31 | 2,193.14 |

OTHER CREDITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| MISCELLANEOUS CREDIT | 03/04 | 500.00 |
| ALCOA, INC. EDI PAYMTS 391259 | 03/24 | 72.50 |

- - - - - - - - - CHECKS - - - - - - - - -

| CHECK #.. | DATE.. | AMOUNT | CHECK #.. | DATE.. | AMOUNT | CHECK #.. | DATE.. | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1800* | 03/07 | 5.00 | 1838 | 03/04 | 208.77 | 1846 | 03/03 | 150.00 |
| 1827* | 03/07 | 5.00 | 1839* | 03/03 | 38.65 | 1847 | 03/14 | 197.67 |
| 1830* | 03/03 | 50.00 | 1841 | 03/03 | 377.55 | 1848 | 03/06 | 357.50 |
| 1834 | 03/07 | 65.00 | 1842 | 03/03 | 198.89 | 1849 | 03/06 | 39.15 |
| 1835 | 03/11 | 5.00 | 1843 | 03/03 | 226.45 | 1850 | 03/11 | 250.00 |
| 1836 | 03/10 | 36.25 | 1844 | 03/03 | 295.97 | 1851 | 03/05 | 1,555.00 |
| 1837 | 03/07 | 70.00 | 1845 | 03/03 | 42.52 | 1852 | 03/11 | 1,000.00 |

* * *  C O N T I N U E D  * * *



PAGE:                 2
DATE: 03/31/03    ACCOUNT:  95001398
                  DOCUMENTS:      109

# First National Bank

MEMBER FDIC

LEGLER PLATING WORKS INC
DIP 02-11093

================================================================
                    BUSINESS CHECKING ACCOUNT 95001398
================================================================

- - - - - - - - - CHECKS - - - - - - - - - -

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1853 | 03/13 | 38.65 | 1876 | 03/14 | 471.44 | 1900 | 03/28 | 65.00 |
| 1854 | 03/10 | 3,487.27 | 1877 | 03/25 | 38.65 | 1901* | 03/31 | 5.00 |
| 1855 | 03/10 | 27.56 | 1878 | 03/31 | 5.00 | 1903 | 03/24 | 240.61 |
| 1856 | 03/21 | 65.00 | 1879 | 03/24 | 36.25 | 1904 | 03/25 | 1,301.63 |
| 1857 | 03/31 | 5.00 | 1880 | 03/21 | 65.00 | 1905 | 03/21 | 471.44 |
| 1858 | 03/24 | 36.25 | 1881 | 03/17 | 33.39 | 1906 | 03/25 | 38.65 |
| 1859 | 03/10 | 12.00 | 1882 | 03/20 | 70.00 | 1907 | 03/21 | 323.12 |
| 1860 | 03/11 | 471.44 | 1883* | 03/14 | 323.12 | 1908 | 03/24 | 291.46 |
| 1861 | 03/07 | 208.77 | 1885 | 03/17 | 248.91 | 1909 | 03/25 | 179.91 |
| 1862 | 03/10 | 273.55 | 1886 | 03/17 | 169.07 | 1910 | 03/26 | 41.29 |
| 1863 | 03/10 | 26.56 | 1887 | 03/17 | 224.20 | 1911 | 03/24 | 71.39 |
| 1864 | 03/10 | 266.48 | 1888 | 03/17 | 34.55 | 1912 | 03/24 | 150.00 |
| 1865 | 03/10 | 185.77 | 1889 | 03/17 | 100.00 | 1913 | 03/24 | 208.77 |
| 1866 | 03/10 | 238.24 | 1890 | 03/24 | 47.05 | 1914 | 03/24 | 600.00 |
| 1867 | 03/20 | 70.00 | 1891 | 03/17 | 68.89 | 1915 | 03/31 | 25.12 |
| 1868 | 03/14 | 2,500.00 | 1892 | 03/18 | 1,805.36 | 1916 | 03/31 | 100.00 |
| 1869 | 03/13 | 17.79 | 1893 | 03/21 | 9.51 | 1917 | 03/28 | 542.40 |
| 1870 | 03/12 | 499.60 | 1894 | 03/20 | 4.32 | 1918 | 03/31 | 46.66 |
| 1871 | 03/19 | 357.27 | 1895 | 03/24 | 10.00 | 1919* | 03/31 | 115.59 |
| 1872 | 03/18 | 281.43 | 1896 | 03/21 | 112.50 | 1921 | 03/31 | 257.91 |
| 1873 | 03/20 | 43.42 | 1897 | 03/19 | 100.00 | 1922* | 03/31 | 226.76 |
| 1874 | 03/14 | 2,000.00 | 1898 | 03/21 | 48.46 | 1924* | 03/31 | 42.52 |
| 1875 | 03/14 | 2,000.00 | 1899 | 03/26 | 70.00 | 1931 | 03/31 | 208.77 |

*  INDICATES A GAP IN CHECK NUMBER SEQUENCE

OTHER DEBITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| NSF FEE CHARGE | 03/04 | 132.00 |
| ANALYSIS CHARGE | 03/31 | 19.82 |



**First National Bank**

MEMBER FDIC

```
LEGLER PLATING WORKS INC
DIP 02-11093 TAX                              29-2
P O BOX 6364                                    3
ERIE PA  16512                                   6
```

===============================================================

```
FIRST NATIONAL BANK
4140 E STATE ST                TELEPHONE:800-555-5455
HERMITAGE, PA  16148
```

===============================================================
BUSINESS CHECKING ACCOUNT 95001399
===============================================================

|                  |          |                          |          |
|------------------|----------|--------------------------|----------|
| MINIMUM BALANCE  | 56.38    | LAST STATEMENT 02/28/03  | 56.38    |
| AVERAGE BALANCE  | 196.32   | 3 CREDITS                | 4,405.36 |
|                  |          | 7 DEBITS                 | 4,415.36 |
|                  |          | THIS STATEMENT 03/31/03  | 46.38    |

- - - - - - - - - DEPOSITS - - - - - - - - - -

| REF #.....DATE......AMOUNT | REF #.....DATE......AMOUNT | REF #.....DATE......AMOUNT |
|---|---|---|
| 03/14   2,000.00 | 03/18   1,805.36 | 03/24    600.00 |

- - - - - - - - - CHECKS - - - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 1051 03/14   2,000.00 | 1053 03/27    277.88 | 1055 03/21    126.37 |
| 1052 03/18   1,158.08 | 1054 03/24    243.03 | 1056 03/24    600.00 |

OTHER DEBITS

| DESCRIPTION      | DATE  | AMOUNT |
|------------------|-------|--------|
| ANALYSIS CHARGE  | 03/31 | 10.00  |

**Deguffroy Plating Works, Inc.**
Check Register
For the Period From Mar 1, 2003 to Mar 31, 2003

Filter Criteria includes: Report order is by Check Number.

| Check # | Date | Payee | Cash Account | Amount |
|---------|------|-------|--------------|--------|
| 1788V | 3/19/03 | SHERCON | 100 | -164.03 |
| 1812V | 3/19/03 | FIRELINE GROUP | 100 | -115.59 |
| 1847 | 3/12/03 | CELLULAR ONE | 100 | 197.67 |
| 1849 | 3/4/03 | PROPANE SALES | 100 | 39.15 |
| 1850 | 3/4/03 | CITY OF ERIE | 100 | 250.00 |
| 1851 | 3/10/03 | ERIE INSURANCE | 100 | 1,555.00 |
| 1852 | 3/6/03 | JOSEPH E SADLER, CPA | 100 | 1,000.00 |
| 1853 | 3/7/03 | Meghann M. Legler | 100 | 38.65 |
| 1854 | 3/6/03 | NATIONAL FUEL GAS | 100 | 3,487.27 |
| 1855 | 3/7/03 | CASH | 100 | 27.56 |
| 1856 | 3/7/03 | ERIE G.E. CREDIT UNION | 100 | 65.00 |
| 1857 | 3/7/03 | DWI PROGRAM | 100 | 5.00 |
| 1858 | 3/7/03 | ERIE COUNTY CLERK OF CO | 100 | 36.25 |
| 1859 | 3/7/03 | PRECISION BOLT, INC. | 100 | 12.00 |
| 1860 | 3/7/03 | William P. Legler | 100 | 471.44 |
| 1861 | 3/7/03 | Lori Legler | 100 | 208.77 |
| 1862 | 3/7/03 | Tony Runiewicz | 100 | 273.55 |
| 1863 | 3/7/03 | Christopher Feehley | 100 | 26.56 |
| 1864 | 3/7/03 | Bryan Esser | 100 | 266.48 |
| 1865 | 3/7/03 | Robert Pastewka | 100 | 185.77 |
| 1866 | 3/7/03 | William Knight | 100 | 238.24 |
| 1867 | 3/7/03 | PA SCDU | 100 | 70.00 |
| 1868 | 3/7/03 | PNC BANK | 100 | 2,500.00 |
| 1869 | 3/7/03 | UNITED PARCEL SERVICE | 100 | 17.79 |
| 1870 | 3/10/03 | CHAUTAUQUA METAL FINIS | 100 | 499.60 |
| 1871 | 3/10/03 | CALIFORNIA BANK & TRUST | 100 | 357.27 |
| 1872 | 3/12/03 | CHOICE ONE COMMUNICATI | 100 | 281.43 |
| 1873 | 3/13/03 | ARCH WIRELESS | 100 | 43.42 |
| 1874 | 3/14/03 | D.I.P. TAX ACCOUNT | 100 | 2,000.00 |
| 1875 | 3/14/03 | WILLIAM P. LEGLER | 100 | 2,000.00 |
| 1876 | 3/14/03 | William P. Legler | 100 | 471.44 |
| 1877 | 3/14/03 | Meghann M. Legler | 100 | 38.65 |
| 1878 | 3/14/03 | DWI PROGRAM | 100 | 5.00 |

## Degler Plating Works, Inc.
### Check Register
### For the Period From Mar 1, 2003 to Mar 31, 2003
Filter Criteria includes: Report order is by Check Number.

| Check # | Date | Payee | Cash Account | Amount |
|---------|------|-------|--------------|--------|
| 1879 | 3/14/03 | ERIE COUNTY CLERK OF CO | 100 | |
| 1880 | 3/14/03 | ERIE G.E. CREDIT UNION | 100 | |
| 1881 | 3/14/03 | HARRINGTON LAUNDRY | 100 | |
| 1882 | 3/14/03 | PA SCDU | 100 | |
| 1883 | 3/14/03 | Lori Legler | 100 | |
| 1885 | 3/14/03 | Bryan Esser | 100 | 248.91 |
| 1886 | 3/14/03 | Tony Runiewicz | 100 | |
| 1887 | 3/14/03 | Robert Pastewka | 100 | 224.20 |
| 1888 | 3/14/03 | Christopher Feehley | 100 | |
| 1889 | 3/13/03 | CASH | 100 | 100.00 |
| 1890 | 3/14/03 | ACE LOCKSMITH | 100 | 47.05 |
| 1891 | 3/17/03 | PRECISION BOLT, INC. | 100 | 68.89 |
| 1892 | 3/18/03 | D.I.P. TAX ACCOUNT | 100 | 1,805.36 |
| 1893 | 3/18/03 | STAPLES | 100 | 9.51 |
| 1894 | 3/18/03 | SANNER OFFICE SUPPLY | 100 | 4.32 |
| 1895 | 3/18/03 | GENE DAVIS SALES | 100 | 10.00 |
| 1896 | 3/19/03 | U.S. POSTMASTER | 100 | 112.50 |
| 1897 | 3/19/03 | LORI LEGLER | 100 | 100.00 |
| 1898 | 3/19/03 | STAPLES | 100 | |
| 1899 | 3/19/03 | PA SCDU | 100 | |
| 1900 | 3/21/03 | ERIE G.E. CREDIT UNION | 100 | 65.00 |
| 1901 | 3/21/03 | DWI PROGRAM | 100 | 5.00 |
| 1902 | 3/21/03 | ERIE COUNTY CLERK OF CO | 100 | 36.25 |
| 1903 | 3/21/03 | Bryan Esser | 100 | 240.61 |
| 1904 | 3/21/03 | PENELEC | 100 | 1,301.63 |
| 1905 | 3/21/03 | William P. Legler | 100 | 471.44 |
| 1906 | 3/21/03 | Meghann M. Legler | 100 | 38.65 |
| 1907 | 3/21/03 | Lori Legler | 100 | 323.12 |
| 1908 | 3/21/03 | Tony Runiewicz | 100 | 291.46 |
| 1909 | 3/21/03 | Robert Pastewka | 100 | 179.91 |
| 1910 | 3/21/03 | UNITED PARCEL SERVICE | 100 | 41.29 |
| 1911 | 3/21/03 | Christopher Feehley | 100 | 71.39 |

Degler Plating Works, Inc.
Check Register
For the Period From Mar 1, 2003 to Mar 31, 2003

Filter Criteria includes: Report order is by Check Number.

| Check # | Date | Payee | Cash Account | Amount |
|---------|------|-------|--------------|--------|
| 1912 | 3/21/03 | SUSAN FEEHLEY | 100 | 150.00 |
| | 3/24/03 | Lori Legler | 100 | 208.77 |
| | 3/24/03 | D.I.P. TAX ACCOUNT | 100 | 600.00 |
| | 3/24/03 | ACE SUPPLY | 100 | 25.12 |
| 1916 | 3/31/03 | Lori Legler | 100 | 208.77 |
| | 3/24/03 | CHAUTAUQUA METAL FINIS | 100 | 542.40 |
| 1918 | 3/26/03 | ACE LOCKSMITH | 100 | 46.66 |
| 1919 | 3/26/03 | FIRELINE GROUP | 100 | 115.59 |
| 1920 | 3/28/03 | WASTE MANAGEMENT OF E | 100 | 27.86 |
| 1921 | 3/28/03 | Tony Runiewicz | 100 | 257.91 |
| 1922 | 3/28/03 | Robert Pastewka | 100 | 226.76 |
| | 3/28/03 | Meghann M. Legler | 100 | 38.65 |
| | 3/28/03 | Christopher Feehley | 100 | 42.52 |
| 1925 | 3/28/03 | ERIE G.E. CREDIT UNION | 100 | 45.00 |
| 1926 | 3/28/03 | DWI PROGRAM | 100 | 5.00 |
| 1927 | 3/28/03 | ERIE COUNTY CLERK OF CO | 100 | 21.25 |
| 1928 | 3/28/03 | Christopher Feehley | 100 | 122.80 |
| | 3/31/03 | HUTCHINS AUTOMOTIVE SU | 100 | 65.44 |
| 1930 | 3/31/03 | ERIE WATER WORKS | 100 | 1,362.11 |
| **Total** | | | | **27,148.28** |

**LECOUNT WORKS, INC.**
INCOME STATEMENT
FOR THE PERIOD MAY 15, 2002 TO MARCH 31, 2003

|  | One Month Ended March 31, 2003 | May 15, 2002 to March 31, 2003 |
|---|---|---|
| SALES | $ 27,336 | $ 264,084 |
| | | |
| COST OF GOODS SOLD | | |
| Materials | 642 | 12,175 |
| Labor | 5,964 | 67,595 |
| Subcontract expense | - | 5,235 |
| Payroll taxes | 1,475 | 13,378 |
| | | |
| GROSS PROFIT | 19,255 | 165,701 |
| | | |
| OPERATING EXPENSES | | |
| Salaries and wages | 3,750 | 41,652 |
| Rent | 1,200 | 12,600 |
| Utilities | 5,978 | 46,417 |
| Shop supplies | 734 | 19,359 |
| Vehicle leases | 580 | 9,643 |
| Insurance | 1,145 | 12,319 |
| Maintenance and repairs | 186 | 2,178 |
| Telephone | 356 | 5,620 |
| Office supplies and expense | 707 | 4,904 |
| Vehicle and travel expense | 200 | 6,249 |
| Employee training | | 1,240 |
| Legal and accounting | 608 | 19,067 |
| Trustee fees | | 3,000 |
| Depreciation | 302 | 3,710 |
| General expense | 104 | 2,339 |
| Interest expense | 1,359 | 14,640 |
| | | 204,937 |
| NET INCOME (LOSS) FOR THE PERIOD | $ 2,046 | $ (39,236) |

Accountant's compilation report.

LEGLER PLATING WORKS, INC.
BALANCE SHEET
MARCH 31, 2003

### ASSETS

| | | | |
|---|---|---:|---:|
| CURRENT ASSETS | | | |
| Cash | | $ | 507 |
| Accounts receivable | | | 41,563 |
| Inventory | | | 1,500 |
| Prepaid items | | | 5,338 |
| | | | 48,908 |
| FIXED ASSETS | | | |
| Machinery and equipment | $ | 191,243 | |
| Office furniture and equipment | | 14,598 | |
| Vehicle | | 7,048 | |
| Leasehold improvements | | 10,133 | |
| | | 223,022 | |
| Less accumulated depreciation | | (198,210) | 24,812 |
| OTHER ASSETS | | | |
| Loan receivable-officer | | | 90,856 |
| TOTAL ASSETS | | $ | 164,576 |

### LIABILITIES AND STOCKHOLDER'S EQUITY

| | | | |
|---|---|---:|---:|
| POST-PETITION LIABILITIES | | | |
| Accounts payable | | $ | 37,547 |
| Accrued items | | | 5,809 |
| Accrued payroll taxes | | | 3,418 |
| Advances on orders | | | 6,500 |
| Loans payable-Snow Management | | | 20,900 |
| Capital lease payable-California Bank | | | 5,096 |
| | | | 79,270 |
| PRE-PETITION LIABLIITIES | | | |
| Accounts payable | $ | 116,721 | |
| Accrued payroll taxes | | 29,998 | |
| Loans payable-PNC Bank | | 132,273 | |
| Loan payable-Chrysler Financial | | 4,942 | |
| Loan payable-Citizens Bank | | 58,070 | |
| Loan payable-National City Bank | | 15,437 | 357,441 |
| TOTAL LIABILITIES | | | 436,711 |
| STOCKHOLDER'S EQUITY (DEFICIT) | | | |
| Common stock | | 100 | |
| Paid in capital | | 17,141 | |
| Retained earnings (deficit) | | (289,376) | (272,135) |
| TOTAL LIABILITIES AND STOCKHOLDER'S EQUITY | | $ | 164,576 |

Accountant's compilation report.

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | 2,043.52 | 1,986.42 | 3,758.08 | Various | See Attached | 271.86 |
| FICA-Employer | | | | | | |
| Unemployment | 148.84 | 63.96 | | | | 212.80 |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | 2,192.36 | 2,050.38 | 3,758.08 | | | 484.66 |
| **State and Local** | | | | | | |
| Withholding | 709.29 | 315.03 | 647.28 | Various | Various | 377.04 |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | 1,773.30 | 782.84 | | | | 2,556.14 |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | 2,482.59 | 1,092.87 | 647.28 | | | 2,933.18 |
| **Total Taxes** | 4,674.95 | 3,148.25 | 4,405.36 | | | 3,417.84 |

## FEDERAL TAX DEPOSIT RECEIPT

Amount of Deposit: ___ 2000.00 ___

Employer's EIN No.: ___ 251724916 ___

Type of Tax: ___ 941 ___

Tax Period Quarter: ___ 1st ___

Customer's Name:

___ Legler Plating Works Inc ___

Check Number: ___ 1051 ___

Teller Stamp:

FNB of PA
2106-001   MAR 1 4 2003

FNB 17-30, Rev. 5

---

## FEDERAL TAX DEPOSIT RECEIPT

Amount of Deposit: ___ 1158·08 ___

Employer's EIN No.: ___ 25-1724916 ___

Type of Tax: ___ 941 ___

Tax Period Quarter: ___ 1st Q ___

Customer's Name:

___ Legler Plating Works ___

Check Number: ___ 1052 ___

Teller Stamp:

FNB of PA
2101-001   MAR 1 8 2003

FNB 17-30, Rev. 5

---

**First National Bank**
of Pennsylvania

Home of the Personal Bankers®

RECEIPT

STATE ST DRIVE IN
210110_0  03/24/03      10:28
941 1ST   LEGLER PLATING
Acct# 251724916       $600.00

have you refinanced? LOW RATES

Thank You!
Customer Service: 1-800-555-5455
FNB 26-70-7





**LEGLER PLATING WORKS, INC.**
1602 PARADE STREET
ERIE, PA 16503

No. 1053
60-1809-433

DATE 3-18-03

Pay to the order of   PA Department of Revenue   $ 277.88

TWO HUNDRED SEVENTY-SEVEN and 88/100------------------------------------ DOLLARS

First National Bank   JANUARY, 2003

DIP 0211093 TAX

FOR  a/c 1811 3480  EIN: 25-172 4916

William P. Legler

⑆001053⑆ ⑈043318092⑈ 95⑉00139⑉9⑆



**LEGLER PLATING WORKS, INC.**
1602 PARADE STREET
ERIE, PA 16503

No. 1054
60-1809-433

DATE 3-18-03

Pay to the order of   PA Department of Revenue   $ 243.03

TWO HUNDRED FORTY-THREE and 03/100------------------------------------ DOLLARS

First National Bank   FEBRUARY, 2003

DIP 0211093 TAX

FOR  a/c 1811 3480  EIN: 25-172 4916

William P. Legler

⑆001054⑆ ⑈043318092⑈ 95⑉00139⑉9⑆

**LEGLER PLATING WORKS, INC.**
1602 PARADE STREET
ERIE, PA 16503

No. 1055
60-1809-433

DATE 3-18-03

Pay to the order of   PA Department of Revenue   $ 126.37

ONE HUNDRED TWENTY-SIX and 37/100------------------------------------ DOLLARS

First National Bank   3/1/03 to 3/15/03

DIP 0211093 TAX

FOR  a/c 1811 3480  EIN: 25-172 4916

William P. Legler

⑆001055⑆ ⑈043318092⑈ 95⑉00139⑉9⑆

**Legler Plating Works, Inc.**
Aged Payables
As of Mar 31, 2003

Filter Criteria includes: Report order is by ID. Report is printed in Detail Format.

| Vendor ID<br>Vendor<br>Contact<br>Telephone 1 | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| ARCH<br>ARCH WIRELESS | 3248015-4 | | | | 75.58 | 75.58 |
| **ARCH**<br>**ARCH WIRELESS** | | | | | **75.58** | **75.58** |
| B P OIL<br>B P OIL | 081002 | | | | 763.13 | 763.13 |
| **B P OIL**<br>**B P OIL** | | | | | **763.13** | **763.13** |
| BANNER LIFE<br>BANNER LIFE INS. CO. | 081802 | | | | 149.50 | 149.50 |
| 800-638-8428 | | | | | | |
| **BANNER LIFE**<br>**BANNER LIFE INS. CO.** | | | | | **149.50** | **149.50** |
| CHOICE ONE<br>CHOICE ONE COMMUNICA | 01/07/03<br>031703 | 158.92 | | 160.51 | | 160.51<br>158.92 |
| 120702 | | | | | | |
| **CHOICE ONE**<br>**CHOICE ONE COMMUNIC** | | **158.92** | | **160.51** | | **319.43** |
| CITY OF ERIE SEWER/R<br>CITY OF ERIE SEWER- REF | 0000034173<br>112002<br>112502 | | | | 1,580.08<br>177.76<br>1,104.22 | 1,580.08<br>177.76<br>1,104.22 |
| 814-870-1524 | | | | | | |
| **CITY OF ERIE SEWER/R**<br>**CITY OF ERIE SEWER- RE** | | | | | **2,862.06** | **2,862.06** |
| CITY OF ERIE- TREASU<br>CITY OF ERIE TREASURER | 013103 | | 1,531.86 | | | 1,531.86 |
| **CITY OF ERIE- TREASU**<br>**CITY OF ERIE TREASURE** | | | **1,531.86** | | | **1,531.86** |

Lepke Plating Works, Inc.
## Aged Payables
As of Mar 31, 2003

Filter Criteria includes: Report order is by ID. Report is printed in Detail Format.

| Vendor ID<br>Vendor<br>Contact<br>Telephone 1 | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| DEPT. OF TRANSPORTAT<br>DEPT. OF TRANSPORTATIO | 071002<br>0710022 | | | | 36.00<br>36.00 | 36.00<br>36.00 |
| **DEPT. OF TRANSPORTAT**<br>**DEPT. OF TRANSPORTATI** | | | | | **72.00** | **72.00** |
| ERIE INSURANCE<br>ERIE INSURANCE | 030703 | 1,555.00 | | | | 1,555.00 |
| **ERIE INSURANCE**<br>**ERIE INSURANCE** | | **1,555.00** | | | | **1,555.00** |
| ERIE SPORT STORE<br>ERIE SPORT STORE | 310550 | | | | 251.17 | |
| **ERIE SPORT STORE**<br>**ERIE SPORT STORE** | | | | | **251.17** | **251.17** |
| ERIE TIMES NEWS<br>ERIE TIMES NEWS | 8/1/02-8/31/02 | | | | 90.55 | 90.55 |
| 814-870-1600 | | | | | | |
| **ERIE TIMES NEWS**<br>**ERIE TIMES NEWS** | | | | | **90.55** | **90.55** |
| FLEET<br>FLEET MANAGEMENT | 083002<br>093002 | | | | 212.51<br>538.32 | 212.51<br>538.32 |
| **FLEET**<br>**FLEET MANAGEMENT** | | | | | **750.83** | **750.83** |
| JAMES CROSS CO.<br>JAMES CROSS CO. | 1111160-01<br>1127856-01 | 67.76 | | | -30.05 | -30.05<br>67.76 |

Eagle Plating Works, Inc.
Aged Payables
As of Mar 31, 2003

Filter Criteria includes: Report order is by ID. Report is printed in Detail Format.

| Vendor ID<br>Vendor<br>Contact<br>Telephone 1 | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| JAMES CROSS CO.<br>JAMES CROSS CO. | | 67.76 | | | -30.05 | 37.71 |
| JOHNSON AND FLICK<br>JOHNSON AND FLICK<br><br>814-864-8093 | 532969<br>532979<br>534060<br>535049 | | | | 204.06<br>365.46<br>10.04<br>10.04 | 204.06<br>365.46<br>10.04<br>10.04 |
| JOHNSON AND FLICK<br>JOHNSON AND FLICK | | | | | 589.60 | 589.60 |
| JOSEPH SADLER<br>JOSEPH E SADLER, CPA<br><br>814-456-5337 | 12/30/02<br>012403<br>030703 | 817.50 | | 998.75<br>1,302.50 | | 998.75<br>1,302.50<br>817.50 |
| JOSEPH SADLER<br>JOSEPH E SADLER, CPA | | 817.50 | | 2,301.25 | | 3,118.75 |
| LEMAC PACKAGING<br>LEMAC PACKAGING<br><br>814-453-7652 | 0278020 | | 29.45 | | | 29.45 |
| LEMAC PACKAGING<br>LEMAC PACKAGING | | | 29.45 | | | 29.45 |
| MAZDA AMERICAN CREDI<br>MAZDA AMERICAN CREDI | 060302 | | | | 427.54 | |
| MAZDA AMERICAN CRED<br>MAZDA AMERICAN CRED | | | | | 427.54 | 427.54 |
| NATIONAL FUEL<br>NATIONAL FUEL GAS | 033103 | 4,615.75 | | | | 4,615.75 |
| NATIONAL FUEL<br>NATIONAL FUEL GAS | | 4,615.75 | | | | 4,615.75 |
| PA DEPT. LABOR<br>PA DEPT. LABOR & INDUS | 971524 | | | | 55.00 | |

Lesler Plating Works, Inc.
Aged Payables
As of Mar 31, 2003

Filter Criteria includes: Report order is by ID. Report is printed in Detail Format.

| Vendor ID<br>Vendor<br>Contact<br>Telephone 1 | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| PA DEPT. LABOR<br>PA DEPT. LABOR & INDUS | | | | | 55.00 | 55.00 |
| PENELEC<br>PENELEC | 030703 | 1,292.75 | | | | ,292.75 |
| PENELEC<br>PENELEC | | 1,292.75 | | | | 1,292.75 |
| PENN STATE<br>PENN STATE | 118808 | | | | 1,240.00 | 1,240.00 |
| PENN STATE<br>PENN STATE | | | | | 1,240.00 | 1,240.00 |
| PERRY MILL<br>PERRY MILL SUPPLY | 1303305-01<br>149639 | | | | 40.03<br>354.32 | 40.03<br>354.32 |
| 814-453-5641 | | | | | | |
| PERRY MILL<br>PERRY MILL SUPPLY | | | | | 394.35 | 394.35 |
| PERRY SCREW<br>PERRY SCREW MACHINE C | 149678 | | | | 388.31 | 388.31 |
| PERRY SCREW<br>PERRY SCREW MACHINE | | | | | 388.31 | 388.31 |
| PETER'S HEAT TREAT<br>PETER'S HEAT TREAT | 49248<br>50207 | | | | 78.00<br>39.00 | 78.00<br>39.00 |
| PETER'S HEAT TREAT<br>PETER'S HEAT TREAT | | | | | 117.00 | 117.00 |

Legler Plating Works, Inc.
Aged Payables
As of Mar 31, 2003

Filter Criteria includes: Report order is by ID. Report is printed in Detail Format.

| Vendor ID<br>Vendor<br>Contact<br>Telephone 1 | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| POST APPLE SCIENTIFI<br>POST APPLE SCIENTIFIC | 2-52915<br>3-21930 | | 19.50 | | 32.00 | 32.00<br>19.50 |
| 814-725-3330 | | | | | | |
| POST APPLE SCIENTIFI<br>POST APPLE SCIENTIFIC | | | 19.50 | | 32.00 | 51.50 |
| | | | | | | |
| RAPID TRANSIT<br>RAPID TRANSIT CO., INC. | 3268 | | | | 50.00 | 50.00 |
| 814-456-7081 | | | | | | |
| RAPID TRANSIT<br>RAPID TRANSIT CO., INC. | | | | | 50.00 | 50.00 |
| | | | | | | |
| SHERCON<br>SHERCON | 262419 | | | | 314.03 | 314.03 |
| 562-946-8555 | | | | | | |
| SHERCON<br>SHERCON | | | | | 314.03 | 314.03 |
| | | | | | | |
| THE CLINTON PRESS<br>THE CLINTON PRESS | 14996<br>15202 | | | | 181.78<br>103.88 | 181.78<br>103.88 |
| 814-455-9089 | | | | | | |
| THE CLINTON PRESS<br>THE CLINTON PRESS | | | | | 285.66 | 285.66 |
| | | | | | | |
| THE HITE CO.<br>THE HITE CO. | 080902-906481 | | | | 77.03 | 77.03 |
| THE HITE CO.<br>THE HITE CO. | | | | | 77.03 | 77.03 |
| | | | | | | |
| UNISHIPPERS<br>UNISHIPPERS | 000018890<br>00018957<br>00019026 | | | | 75.17<br>107.42<br>127.45 | 75.17<br>107.42<br>127.45 |
| 800-510-4860 | 00019220 | | | | 17.42 | 17.42 |
| UNISHIPPERS<br>UNISHIPPERS | | | | | 327.46 | 327.46 |

## Legler Plating Works, Inc.
## Aged Payables
### As of Mar 31, 2003

Filter Criteria includes: Report order is by ID. Report is printed in Detail Format.

| Vendor ID<br>Vendor<br>Contact<br>Telephone 1 | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| VERIZON NORTH<br>VERIZON NORTH | 093002-2<br>103102<br>120402<br>120302 | | | | 45.11<br>42.21<br>283.65<br>43.54 | 45.11<br>42.21<br>283.65<br>43.54 |
| **VERIZON NORTH**<br>**VERIZON NORTH** | | | | | **414.51** | **414.51** |
| WASTE MGMT.<br>WASTE MANAGEMENT OF<br><br>814-825-8588 | 1201608-2794-9 | 157.61 | | | | 157.61 |
| **WASTE MGMT.**<br>**WASTE MANAGEMENT O** | | **157.61** | | | | **157.61** |
| WELDER'S SUPPLY<br>WELDER'S SUPPLY<br><br>814-454-1563 | 46498<br>46499 | | | | 19.54<br>4.81 | 19.54<br>4.81 |
| **WELDER'S SUPPLY**<br>**WELDER'S SUPPLY** | | | | | **24.35** | **24.35** |
| **Report Total** | | **8,665.29** | **1,580.81** | **2,461.76** | **9,721.61** | **22,429.47** |

| | |
|---|---:|
| Penelec | 1,539.30 |
| National Fuel | 5,149.50 |
| City of Erie Sewer | 1,103.91 |
| Joseph E. Sadler | 607.50 |
| Vehicle leases | 5,617.70 |
| Vehicle gas & oil | 1,100.00 |
| | **$37,547.38** |

Lesler Plating Works, Inc.
Aged Receivables
As of Mar 31, 2003

Filter Criteria includes: Report order is by ID. Report is printed in Detail Format.

| Customer ID Customer Contact Telephone 1 | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| ABBATRON ABBATRON | 940 | 109.50 | | | | 109.50 |
| 814-724-6440 | | | | | | |
| **ABBATRON ABBATRON** | | **109.50** | | | | **109.50** |
| ACCUTOOL ACCUTOOL TOM QUIGLY 814-456-7797 | 916 957 984 996 1028 1046 1077 | 336.00 336.00 302.40 235.20 292.60 | 328.80 329.00 | | | 328.80 329.00 336.00 336.00 302.40 235.20 292.60 |
| **ACCUTOOL ACCUTOOL** | | **1,502.20** | **657.80** | | | **2,160.00** |
| AL XANDER AL XANDER CO. | 1029 | 132.50 | | | | 132.50 |
| 814-665-8268 | | | | | | |
| **AL XANDER AL XANDER CO.** | | **132.50** | | | | **132.50** |
| AMERICAN METER AMERICAN METER | 12634 | | | | 78.00 | 78.00 |
| **AMERICAN METER AMERICAN METER** | | | | | **78.00** | **78.00** |
| APM RANDOLPH RANDOLPH MACHINERY OP RACHEL A. CAPRINO 716-358-6451 | 857 | | 77.74 | | 170.00 170.00 | 170.00 170.00 77.74 |
| **APM RANDOLPH RANDOLPH MACHINERY O** | | | **77.74** | | **340.00** | **417.74** |
| ARROW ARROW ALUMINUM CASTIN PETER PETTO 1-440-933-2020 | 981 | | 389.00 | | | 389.00 |

4/3/03 at 11:34:33.50

Case 02-11093-WWB    Doc 77    Filed 04/23/03    Entered 04/23/03 09:19:58    Desc Main    Page: 2
Legle Plating Works, Inc.
Document    Page 22 of 29
Aged Receivables
As of Mar 31, 2003

Filter Criteria includes: Report order is by ID. Report is printed in Detail Format.

| Customer ID Customer Contact Telephone 1 | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| **ARROW** **ARROW ALUMINUM CASTI** | | | 389.00 | | | 389.00 |
| **ASSEMBLY** **ASSEMBLY MACHINES** | 11676 | | | | 4.00 | 4.00 |
| 814-838-8646 | | | | | | |
| **ASSEMBLY** **ASSEMBLY MACHINES** | | | | | 4.00 | 4.00 |
| **AUTOCLAVE** **AUTOCLAVE ENGINEERS** | 855 | 117.00 | | | | 117.00 |
| | 985 | 202.50 | | | | 202.50 |
| | 1005 | 25.00 | | | | 25.00 |
| | 1010 | 345.25 | | | | 345.25 |
| | 1011 | 112.50 | | | | 112.50 |
| | 1047 | 277.50 | | | | 277.50 |
| | 1048 | 62.04 | | | | 62.04 |
| **AUTOCLAVE** **AUTOCLAVE ENGINEERS** | | 1,141.79 | | | | 1,141.79 |
| **CALDWELL** **CALDWELL CORP.** | 865 | 350.00 | | | | 350.00 |
| 814-486-3493 | | | | | | |
| **CALDWELL** **CALDWELL CORP.** | | 350.00 | | | | 350.00 |
| **COMPOSIFLEX** **COMPOSIFLEX** **DEBBIE STUFFT** | 782 | | | 150.00 | | 150.00 |
| | 979 | 75.00 | | | | 75.00 |
| **COMPOSIFLEX** **COMPOSIFLEX** | | 75.00 | | 150.00 | | 225.00 |
| **CONAIR-FRANKLIN** **CONAIR-FRANKLIN** | 824 | 75.00 | | | | 75.00 |
| | 932 | 350.00 | | | | 350.00 |
| 814-437-6861 | 939 | 75.00 | | | | 75.00 |
| | 965 | 70.00 | | | | 70.00 |
| | 966 | 75.00 | | | | 75.00 |
| | 1012 | 75.00 | | | | 75.00 |
| **CONAIR-FRANKLIN** **CONAIR-FRANKLIN** | | 720.00 | | | | 720.00 |

# Lesler Plating Works, Inc.
## Aged Receivables
### As of Mar 31, 2003

Filter Criteria includes: Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Contact<br>Telephone 1 | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| CORRY CUSTOM<br>CORRY CUSTOM MACHINE | 968 | 75.00 | | | | 75.00 |
| **CORRY CUSTOM**<br>**CORRY CUSTOM MACHINE** | | **75.00** | | | | **75.00** |
| CRAWFORD<br>CRAWFORD PRODUCTS | 327<br>1058 | 159.38 | | | 276.62 | 276.62<br>159.38 |
| 614-890-1822 | | | | | | |
| **CRAWFORD**<br>**CRAWFORD PRODUCTS** | | **159.38** | | | **276.62** | **436.00** |
| DIVE-RITE<br>DIVE-RITE- LAMARTEK, INC. | 980 | 479.45 | | | 785.00 | 785.00<br>479.45 |
| 904-752-1087 | | | | | | |
| **DIVE-RITE**<br>**DIVE-RITE- LAMARTEK, IN** | | **479.45** | | | **785.00** | **1,264.45** |
| ECKO TOOL & DIE<br>ECKO TOOL & DIE | 986 | 100.00 | | | | 100.00 |
| 716-763-1031 | | | | | | |
| **ECKO TOOL & DIE**<br>**ECKO TOOL & DIE** | | **100.00** | | | | **100.00** |
| EPCO<br>ERIE PLATING CO<br>PETE GORNEY<br>814-453-7531 | 941<br>956 | | 250.00<br>720.00 | | | 250.00<br>720.00 |
| **EPCO**<br>**ERIE PLATING CO** | | | **970.00** | | | **970.00** |
| FALLS RUN<br>FALLS RUN WOODCARVING | 1052<br>1053 | 50.00<br>50.00 | | | | 50.00<br>50.00 |

Legler Plating Works, Inc.
Aged Receivables
As of Mar 31, 2003

Filter Criteria includes: Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Contact<br>Telephone 1 | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| **FALLS RUN**<br>**FALLS RUN WOODCARVING** | | 100.00 | | | | 100.00 |
| FISH OVEN<br>FISH OVEN & EQUIPMENT CO<br><br>847-526-8686 | 880 | 33.25 | | | | 33.25 |
| **FISH OVEN**<br>**FISH OVEN & EQUIPMENT C** | | 33.25 | | | | 33.25 |
| FLEXCUT<br>FLEXCUT TOOL COMPANY | 1054 | 170.50 | | | | 170.50 |
| **FLEXCUT**<br>**FLEXCUT TOOL COMPANY** | | 170.50 | | | | 170.50 |
| G.G. GREENE ENT. , I<br>G.G. GREENE ENT.<br><br>814-723-5800 | 962<br>988<br>992<br>1008<br>1033<br>1079<br>1080 | 270.00<br>358.00<br>306.00<br>310.00<br>342.20<br>315.80<br>360.00 | | | | 270.00<br>358.00<br>306.00<br>310.00<br>342.20<br>315.80<br>360.00 |
| **G.G. GREENE ENT. , I**<br>**G.G. GREENE ENT.** | | 2,262.00 | | | | 2,262.00 |
| HERKULES<br>HERKULES USA CORPORATI<br><br>814-899-3131 | 1020<br>1021<br>1022<br>1059 | 125.00<br>125.00<br>125.00<br>125.00 | | | | 125.00<br>125.00<br>125.00<br>125.00 |
| **HERKULES**<br>**HERKULES USA CORPORAT** | | 500.00 | | | | 500.00 |
| INNOVATIVE<br>INNOVATIVE SCUBA CONCE | 990<br>1034 | 679.15<br>449.90 | | | | 679.15<br>449.90 |
| **INNOVATIVE**<br>**INNOVATIVE SCUBA CONCE** | | 1,129.05 | | | | 1,129.05 |

Eagle Plating Works, Inc.
Aged Receivables
As of Mar 31, 2003

Filter Criteria includes: Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Contact<br>Telephone 1 | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| JOHNSON<br>JOHNSON MACHINE CO. INC.<br><br>716-665-2003 | 921<br>943<br>969<br>1023<br>1049<br>1060<br>1061 | 25.00<br>60.00<br>65.60<br>122.20<br>143.00<br>79.60<br>50.40 | | | | 25.00<br>60.00<br>65.60<br>122.20<br>143.00<br>79.60<br>50.40 |
| **JOHNSON**<br>**JOHNSON MACHINE CO. IN** | | **545.80** | | | | **545.80** |
| KNOX<br>KNOX WESTERN | 12103 | | | | 225.00 | 225.00 |
| **KNOX**<br>**KNOX WESTERN** | | | | | **225.00** | **225.00** |
| LAMJEN<br>LAMJEN INCORPORATED | 1035 | 50.00 | | | | 50.00 |
| **LAMJEN**<br>**LAMJEN INCORPORATED** | | **50.00** | | | | **50.00** |
| LINCOLN<br>LINCOLN FOUNDRY INC.<br><br>814-833-0404 | 903<br>1066 | 315.00<br>357.00 | | | | 315.00<br>357.00 |
| **LINCOLN**<br>**LINCOLN FOUNDRY INC.** | | **672.00** | | | | **672.00** |
| MAJR<br>MAJR PRODUCTS CORPORAT<br><br>814-763-3211 | 972<br>944<br>955<br>970<br>971<br>973<br>991<br>997<br>1002<br>1013<br>1014<br>1015<br>1036<br>1037<br>1038 | 800.00<br>45.00<br>2,000.00<br>45.00<br>45.00<br>1,200.00<br>45.00<br>45.00<br>800.00<br>1,200.00<br>45.00<br>45.04<br>45.01<br>45.00<br>100.00 | | | | 800.00<br>45.00<br>2,000.00<br>45.00<br>45.00<br>1,200.00<br>45.00<br>45.00<br>800.00<br>1,200.00<br>45.00<br>45.04<br>45.01<br>45.00<br>100.00 |

Legler Plating Works, Inc.

Aged Receivables
As of Mar 31, 2003

Filter Criteria includes: Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Contact<br>Telephone 1 | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| | 1039 | 45.00 | | | | 45.00 |
| | 1045 | 45.00 | | | | 45.00 |
| **MAJR**<br>**MAJR PRODUCTS CORPOR** | | **6,595.05** | | | | **6,595.05** |
| MILLER<br>MILLER WELDING & MACHI | 1055 | 312.00 | | | | 312.00 |
| | 1056 | 352.00 | | | | 352.00 |
| 814-849-3061 | | | | | | |
| **MILLER**<br>**MILLER WELDING & MACH** | | **664.00** | | | | **664.00** |
| MOON TOOL<br>MOON TOOL & DIE | 12654 | | | | -10.00 | -10.00 |
| | 1016 | 183.75 | | | | 183.75 |
| | 1040 | 122.50 | | | | 122.50 |
| | 1041 | 329.00 | | | | 329.00 |
| | 1070 | 823.00 | | | | 823.00 |
| | 1071 | 141.75 | | | | 141.75 |
| **MOON TOOL**<br>**MOON TOOL & DIE** | | **1,600.00** | | | **-10.00** | **1,590.00** |
| NUTEC<br>NUTEC INC. | 1019 | 1,571.70 | | | | 1,571.70 |
| 814-724-6336 | | | | | | |
| **NUTEC**<br>**NUTEC INC.** | | **1,571.70** | | | | **1,571.70** |
| PERRY SCREW<br>PERRY SCREW MACHINE, IN | 632 | | | | 275.80 | 275.80 |
| 814-455-8049 | | | | | | |
| **PERRY SCREW**<br>**PERRY SCREW MACHINE, I** | | | | | **275.80** | **275.80** |
| PHB<br>PHB, INC. | 873 | 140.91 | | | | 140.91 |
| | 1007 | 229.14 | | | | 229.14 |
| | 1042 | 452.00 | | | | 452.00 |
| | 1062 | 700.00 | | | | 700.00 |
| **PHB**<br>**PHB, INC.** | | **1,522.05** | | | | |

Legion Plating Works, Inc.
Aged Receivables
As of Mar 31, 2003

Filter Criteria includes: Report order is by ID. Report is printed in Detail Format.

| Customer ID Customer Contact Telephone 1 | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| PHOENIX PHOENIX METAL | 287 | | | | 25.00 | 25.00 |
| | 874 | 299.28 | | | | 299.28 |
| | 895 | 299.34 | | | | 299.34 |
| 716-483-2122 | 926 | 298.98 | | | | 298.98 |
| | 950 | 298.02 | | | | 298.02 |
| | 993 | 580.50 | | | | 580.50 |
| | 998 | 565.14 | | | | 565.14 |
| | 1072 | 296.40 | | | | 296.40 |
| | 1073 | 638.88 | | | | 638.88 |
| | 1074 | 905.15 | | | | 905.15 |
| **PHOENIX** **PHOENIX METAL** | | **4,181.69** | | | **25.00** | **4,206.69** |
| PINE PINE INSTRUMENT CO. | 994 | 75.00 | | | | 75.00 |
| | 1063 | 83.85 | | | | 83.85 |
| 724-458-6391 | | | | | | |
| **PINE** **PINE INSTRUMENT CO.** | | **158.85** | | | | **158.85** |
| R B& W R B & W LOGISTICS | 143 | | | | 44.25 | 44.25 |
| | 144 | | | | 24.00 | 24.00 |
| | 145 | | | | 15.00 | 15.00 |
| | 146 | | | | -5.25 | -5.25 |
| | 197 | | | | -5.25 | -5.25 |
| **R B& W** **R B & W LOGISTICS** | | | | | **72.75** | **72.75** |
| R.M.KERNER R.M.KERNER CO, | 712 | | | | 154.50 | 154.50 |
| | 713 | | | | 125.00 | 125.00 |
| | 757 | | 125.00 | | | 125.00 |
| 814-898-2000 | 776 | | 75.00 | | | 75.00 |
| | 805 | | 75.00 | | | 75.00 |
| | 875 | 291.50 | | | | 291.50 |
| | 876 | 88.00 | | | | 88.00 |
| | 896 | 75.00 | | | | 75.00 |
| **R.M.KERNER** **R.M.KERNER CO,** | | **454.50** | **275.00** | | **279.50** | **1,009.00** |
| REED REED MANUFACTURING CO. | 12538 | | | | 600.00 | 600.00 |
| 1-800-666-3691 | | | | | | |

Legie Plating Works, Inc.
Aged Receivables
As of Mar 31, 2003

Filter Criteria includes: Report order is by ID. Report is printed in Detail Format.

| Customer ID / Customer / Contact / Telephone 1 | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| REED<br>REED MANUFACTURING C | | | | | 600.00 | 600.00 |
| ROSEMOUNT<br>ROSEMOUNT ANALYTICAL<br><br>333-682-9010 | 927 | 75.00 | | | | 75.00 |
| **ROSEMOUNT**<br>**ROSEMOUNT ANALYTICAL** | | 75.00 | | | | 75.00 |
| SEAWAY<br>SEAWAY INDUSTRIAL PROD<br><br>814-833-0601 | 1004<br>1024<br>1025<br>1026<br>1064 | 125.00<br>123.50<br>75.00<br>50.00<br>100.00 | | | | 125.00<br>123.50<br>75.00<br>50.00<br>100.00 |
| **SEAWAY**<br>**SEAWAY INDUSTRIAL PRO** | | 473.50 | | | | 473.50 |
| SIPCO MOLDING TECH<br>SIPCO MOLDING TECHNOLO<br>HARRY<br>814-724-2243 | 914<br>954 | | 75.00<br>75.00 | | | 75.00<br>75.00 |
| **SIPCO MOLDING TECH**<br>**SIPCO MOLDING TECHNOL** | | | 150.00 | | | 150.00 |
| SNAP-TITE<br>SNAP-TITE | 1003<br>1017<br>1018 | 770.25<br>271.75<br>141.35 | | | | 770.25<br>271.75<br>141.35 |
| **SNAP-TITE**<br>**SNAP-TITE** | | 1,183.35 | | | | 1,183.35 |
| STARLITE<br>STARLITE DIVERSIFIED, INC.<br><br>814-724-8637 | 1065 | 234.00 | | | | 234.00 |
| **STARLITE**<br>**STARLITE DIVERSIFIED, IN** | | 234.00 | | | | 234.00 |
| STRIDE TOOL | 888 | 292.00 | | | | 292.00 |

Legier Plating Works, Inc.
Aged Receivables
As of Mar 31, 2003

Filter Criteria includes: Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Contact<br>Telephone 1 | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| STRIDE TOOL | 928 | 34.63 | | | | 34.63 |
| KATHY CHASE | 929 | 497.34 | | | | 497.34 |
| | 999 | 206.76 | | | | 206.76 |
| | 1043 | 847.44 | | | | 847.44 |
| | 1067 | 289.88 | | | | 289.88 |
| | 1068 | 176.56 | | | | 176.56 |
| | | | | | | |
| **STRIDE TOOL** | | **2,344.61** | | | | **2,344.61** |
| **STRIDE TOOL** | | | | | | |
| | | | | | | |
| STRIDE TOOL, INC | 877 | 845.40 | | | | 845.40 |
| STRIDE TOOL | 977 | 341.00 | | | | 341.00 |
| KATHY CHASE | 1075 | 341.40 | | | | 341.40 |
| 1-716-945-6167 X4991 | 1076 | 98.06 | | | | 98.06 |
| | | | | | | |
| **STRIDE TOOL, INC** | | | | | | **1,625.86** |
| **STRIDE TOOL** | | | | | | |
| | | | | | | |
| SUTTON | 1069 | 350.00 | | | | 350.00 |
| SUTTON TOOL & MFG. | | | | | | |
| | | | | | | |
| **SUTTON** | | **350.00** | | | | **350.00** |
| **SUTTON TOOL & MFG.** | | | | | | |
| | | | | | | |
| SWANSON | 12652 | | | | 1,600.00 | 1,600.00 |
| SWANSON - ERIE CORPORAT | 978 | 125.00 | | | | 125.00 |
| | 995 | 335.50 | | | | 335.50 |
| | | | | | | |
| **SWANSON** | | **460.50** | | | **1,600.00** | **2,060.50** |
| **SWANSON - ERIE CORPORA** | | | | | | |
| | | | | | | |
| TESCO | 1044 | 40.00 | | | | 40.00 |
| TESCO | | | | | | |
| 814-866-1952 | | | | | | |
| **TESCO** | | **40.00** | | | | **40.00** |
| **TESCO** | | | | | | |
| | | | | | | |
| ZURN | 12536 | | | | 125.00 | 125.00 |
| ZURN INDUSTRIES INC. | 12537 | | | | 75.00 | 75.00 |
| ANDY KRIVONAK | 12590 | | | | 75.00 | 75.00 |
| 814-875-1367 | 12641 | | | | 75.00 | 75.00 |
| | 12642 | | | | 75.00 | 75.00 |
| | 1051 | 100.00 | | | | 100.00 |